**UDALL | SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 North Alma School Road, Suite 101
Mesa, Arizona 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Kimberly R. Davis - #030210
krd@udallshumway.com
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kari Barrios, | NO. CV-20-02408-PHX-DGC |
| Plaintiff, | **STIPULATION TO DISMISS ACTION WITH PRJUDICE AND WITHDRAW AS MOOT ALL PENDING MOTIONS** |
| v. | |
| Casa Grande Elementary School District, | |
| Defendant. | |

Plaintiff Kari Barrios and Defendant Casa Grande Elementary School District ("District") having resolved their disputes pursuant to a separate settlement agreement hereby stipulate to dismiss this action with prejudice, each party to bear their own attorney's fees and costs (as those are covered by the terms of the separate settlement agreement). The parties further stipulate to withdrawing all pending motions as moot.

Counsel for Plaintiff has reviewed this stipulation and the proposed order and has authorized them to be e-signed and e-filed.

DATED: August 4, 2021.

UDALL SHUMWAY PLC

By /s/ David R. Schwartz
David R. Schwartz
Kimberly R. Davis
1138 North Alma School Road
Suite 101
Mesa, AZ 85201
*Attorneys for Defendant*

SUSAN MARKS & ADVOCATES, PLLC

By /s/ David R. Schwartz for Susan Marks
    Susan Marks
    3260 N. Hayden Road, Ste. 210
    Scottsdale, AZ  85251
    *Co-Attorneys for Plaintiff*

PATRICIA E. RONAN LAW, LLC

By /s/ David R. Schwartz for Patricia Ronan
    Patricia Ronan
    PO Box 55341
    Phoenix, AZ  85078-5341
    *Co-Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 4, 2021, I electronically lodged the attached document using ECF for filing and transmitted the document through ECF to the following registered ECF users:

Susan Marks & Advocates, PLLC
Susan Marks
3260 N. Hayden Road, Ste. 210
Scottsdale, AZ  85251
*Attorneys for Plaintiff*


Patricia E. Ronan Law, LLC
Patricia E. Ronan
PO Box 55341
Phoenix, AZ  85078-5341
*Attorneys for Plaintiff*


/s/ Kim Kershner

6106560.1/
13402-1802