1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

| | |
|---|---|
| 9  Kari Barrios, | NO. CV-20-02408-PHX-DGC |
| 10                       Plaintiff, | **ORDER DISMISSING ACTION WITH PRJUDICE** |
| 11  v. | |
| 12  Casa Grande Elementary School District, | |
| 13                       Defendant. | |

14
15         Pursuant to stipulation of the parties,

16         IT IS HEREBY ORDERED dismissing this action in its entirety with prejudice,

17  each party to bear their own attorney's fees and costs.

18         IT IS FURTHER ORDERED that all pending motions are deemed withdrawn as

19  moot.

20
21
22
23
24
25  6106576.1/
    13402-1802
26
27
28