# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kari Barrios, <br><br> Plaintiff, <br><br> v. <br><br> Casa Grande Elementary School District, <br><br> Defendant. | No. CV-20-2408-PHX-DGC <br><br> **ORDER** |

Pending before the Court is the parties' stipulation to dismiss with prejudice. Doc. 48.

**IT IS ORDERED** the parties' stipulation (Doc. 48) is **granted**. This action is dismissed in its entirety with prejudice, each party to bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that all pending motions are deemed withdrawn as moot.

Dated this 4th day of August, 2021.

David G. Campbell
Senior United States District Judge